PARKER & COVERT LLP
17862 East Seventeenth Street, Suite 204
Tustin, California 92780
Telephone (714) 573-0900
Facsimile (714) 573-0998
Jonathan J. Mott  (State Bar No. 118912)
jmott@parkercovert.com

Attorneys for Defendant
Long Beach Unified School District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEATHERLY<br><br>            Plaintiff,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT<br><br>            Defendant. | CASE NO.: CV 12-9880 DMG (MANx)<br><br>ORDER RE DISMISSAL OF ACTION [25] |

In accordance with the parties' stipulation, and good cause appearing, the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  November 13, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE